UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | | |
|---|---|---|
| BRENDA SPENCER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-02548-N |
| | § | |
| MACY'S RETAIL HOLDINGS, LLC, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE

COME NOW Plaintiff Brenda Spencer and Defendant Macy's Retail Holdings, LLC, the parties to the above action, and file this Joint Stipulation to Dismiss All Claims with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and pursuant to which Plaintiff Brenda Spencer stipulates that all claims that she has asserted against Defendant Macy's Retail Holdings, LLC shall be dismissed in their entirety and with prejudice.

WHEREFORE, PREMISES CONSIDERED, Brenda Spencer and Macy's Retail Holdings, LLC respectfully request that all of Brenda Spencer's claims against Macy's Retail Holdings, LLC be dismissed with prejudice, with each party to bear her/its own costs and attorney's fees.

Date: March 28, 2022                             Respectfully submitted,

/s/ *Travis Gasper*
TRAVIS GASPER
Texas Bar No. 24096881
GASPER LAW, PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
Tel.: 972.504.1420
Fax: 833.957.2957
Email: travis@travisgasper.com

Attorneys for Plaintiff
BRENDA SPENCER


/s/ *Michael C. Christman*
MICHAEL C. CHRISTMAN
Texas Bar No. 24038817
MACY'S LAW DEPARTMENT
11477 Olde Cabin Road, Suite 400
St. Louis, Missouri 63141
(314) 342-6334, telephone
(314) 342-6366, facsimile
Email: michael.christman@macys.com

ARTHUR V. LAMBERT
Texas Bar No. 11841250
FISHER & PHILLIPS LLP
500 N. Akard Street, Suite 3550
Dallas, Texas 75201
(214) 220-9100, telephone
(214) 220-9122, facsimile
Email: alambert@fisherphillips.com

Attorneys for Defendant
MACY'S RETAIL HOLDINGS, LLC